AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## Southern District of Georgia

2010 MAR 17 PM 3:45



UNITED STATES OF AMERICA

vs.

DONNA BROWN

SUMMONS IN A CRIMINAL CASE

CASE NUMBER:  CR410-89

(Name and Address of Defendant)

DONNA BROWN
132 ARCHIBALD STREEET
RINCON, GA  31326

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| UNITED STATES COURTHOUSE<br>125 BULL STREET<br>SAVANNAH, GA | ROOM 107 |
| | Date and Time<br>THURS., MARCH 25, 2010 @ 9:00 AM |
| Before: U. S. MAGISTRATE JUDGE G. R. SMITH | |

To answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title ___42___ Section(s) ___1383a(a)(3)___

Brief description of offense:
SOCIAL SECURITY FRAUD

CONTACT PRETRIAL SERVICES OFFICER, ___CHRIS FROST___, IMMEDIATELY UPON RECEIPT OF OF THIS SUMMONS.  OFFICE HOURS ARE FROM  8:30 AM  THROUGH  5:00 PM  MONDAY THROUGH FRIDAY.
TELEPHONE: (912)650-4150

Signature of Issuing Officer

Date  3\8\10

J. B. ___, Clerk
Name and Title of Issuing Officer

GAS Rev 4/21/97

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| Service was made by me on: | Date 03/15/10 |
|---|---|

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant at: listed address by leaving summons with Mike King (see remarks)

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  Date 03/17/10    Steve Smith
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:
On 03/15/10 around 19:00 I went to listed address. There were two vehicles in the driveway, but nobody would answer the front door when I rang the bell. I stood there several minutes ringing the bell and knocking loudly on the door. A B/m finally opened the door wearing a towell and soaking wet. I asked for Donna Brown and he said she was in the shower. I asked him to tell her to come to the door. He said he knew about my paperwork and would give it to her. I asked him his name to which he replied Mike King and I gave him the summons.