# United States District Court
## for the
## Southern District of Georgia
## Savannah Division

### Request for Modifying the Conditions or Term of Supervision

Name of Offender: **Donna Brown**  Case Number: CR410-00089-001

Name of Sentencing Judicial Officer:   Honorable William T. Moore, Jr.
Judge, U.S. District Court

Date of Original Sentence:   December 13, 2010

Original Offense:   False statements

Original Sentence:   3 years probation, $36,842 restitution, $100 special assessment

Type of Supervision:   Probation

Date Supervision Commenced:   December 13, 2010

Assistant U.S. Attorney:   Natalie Lee

Defense Attorney:   Toly Siamos

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

The defendant shall pay restitution in equal monthly installments of $75.

## CAUSE

The offender was sentenced to three years probation on December 13, 2010, and the Court ordered her to pay restitution in equal monthly installments of $200 over the term of her probation. Brown has paid $500 toward her financial obligations, but she should have paid a total of $800 at this point.

The offender is disabled due to kidney disease and renal failure. She attends dialysis three days each week, and she is unable to work as a result of her disability. Brown's husband passed away unexpectedly approximately two months after her sentencing. The offender lives in a home which was paid for by her husband, and he was her main source of income. In early April 2011, Brown began receiving partial disability benefits in the amount of $674 per month. The offender will soon have to move out of the house her husband owned as she cannot afford to continue to pay the monthly mortgage. The probation officer has reviewed the offender's finances and has determined that she is unable to pay $200 per month in restitution at this time. Therefore, it is respectfully recommended that Brown's restitution payment be reduced to $75 per month. The probation officer will continue to monitor the offender's overall financial condition, and an increase in payments will be recommended should the offender's financial situation improve in the future.

Assistant U.S. Attorney Natalie Lee has been notified and is not opposed to this modification. Should the Court approve this modification, the offender will be notified and advised that failure to adhere to the payment schedule could result in adverse action.

Prob 12B                Request for Modifying the Conditions or Term of Supervision

Re: Donna Brown
Case Number: CR410-00089-001
Page 2

                                                    Respectfully submitted,

                                              by    _____
                                                    Stephen C. Highsmith
                                                    U.S. Probation Officer
                                                    Date: April 27, 2011

Reviewed by:
_____
Stephen C. Gray
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

                              _____
                              William T. Moore, Jr.
                              Judge, U.S. District Court


                              _April 29, 2011_____
                              Date